IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMY CARTER,<br><br>  Plaintiff,<br><br>v.<br><br>HAMM & PHILLIPS SERVICE COMPANY, INC.,<br><br>  Defendant. | Case No. CIV-15-1035-D |

## JOINT DISMISSAL WITH PREJUDICE

  Plaintiff, Amy Carter, by and through her attorneys of record, and Defendant Complete Energy Services, Inc. d/b/a Hamm & Phillips Services formerly known as Hamm & Phillips Service Company, Inc., by and through their attorneys of record, stipulate to the dismissal with prejudice of all claims and causes of action brought in this case by the Plaintiff, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).  The parties stipulate that they shall each bear their own attorneys fees and costs.

1260041.1:420871:02132

Respectfully submitted,

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

s/Elaine R. Turner
Elaine R. Turner, OBA #13082
David E. Burget, OBA #31506
100 North Broadway, Suite 2900
Oklahoma City, OK  73102-8865
Telephone:  (405) 553-2828
Facsimile:  (405) 553-2855
Email:  eturner@hallestill.com
    dburget@hallestill.com
**ATTORNEYS FOR DEFENDANT, COMPLETE ENERGY SERVICES, INC. D/B/A HAMM & PHILLIPS SERVICES FORMERLY KNOWN AS HAMM & PHILLIPS SERVICE COMPANY, INC.**

s/Amber L. Hurst
*(signed by filing attorney with permission of Plaintiff's attorney)*
Mark Hammons, OBA No. 3784
Amber L. Hurst, OBA No. 21231
**HAMMONS, GOWENS, HURST & ASSOCIATES**
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email: amber@hammonslaw.com
**ATTORNEYS FOR PLAINTIFF**

1260041.1:420871:02132